IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

RONALD H. BRITT, on behalf of all                                              PLAINTIFF
wrongful death beneficiaries of
OPAL A. BRITT

vs.                                                          CIVIL ACTION No.: 3:19-CV-90-HTW-LGI

MERIT HEALTH CENTRAL *et al*                                                  DEFENDANTS

## ORDER

BEFORE THIS COURT is the Motion of the Defendant Jackson HMA, LLC d/b/a Merit Health Central for Summary Judgment [Docket no. 40].

Defendants Merit Health Central and American Medical Response ("AMR") filed motions for summary judgment in January 2021 [doc. nos. 27 and 29]. Because the parties had not engaged in a case management conference and discovery had not been completed, this court entered its Order [doc. no. 37] denying both motions without prejudice.

After the case management conference was held on June 8, 2021, Defendant Merit Health Central filed a Second Motion for summary Judgment [doc. no. 40] on June 23, 2021. Plaintiff then filed a motion [doc. no. 43] to hold Merit Health Central's motion in abeyance, since discovery was still not completed.

Merit Health Central has now filed another (third) summary judgment motion [doc. no. 51], rendering moot the previous motion.

IT IS, THEREFORE, ORDERED that defendant Merit Health Central's Second Motion for Summary Judgment **[Docket no. 40]** is hereby **denied** as moot.

SO ORDERED this the 7th day of January, 2022.

HENRY T. WINGATE
UNITED STATES DISTRICT COURT JUDGE

1